IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16-cr-0022-DGK-05 |
| | ) | |
| DOUGLAS PARKER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING PRO SE MOTIONS

Now before the Court are various pro se motions (Docs. 294, 302, 303, 310-12) filed by Defendant. Defendant is represented by counsel Alex McCauley. Defendant has pled guilty pursuant to a plea agreement and is being housed at CCA Leavenworth while awaiting sentencing.

Defendant's motions are premised on allegations that assistant United States attorneys or case agents have been eavesdropping on his confidential communications with his attorney. As a remedy, Defendant requests he be transferred to the federal courthouse for all meetings with his attorney, that he receive copies of any recorded communications, and that the Court dismiss the indictment.

The motions are DENIED for two reasons. First, the Court does not ordinarily consider pro se motions filed by a represented party. Defense counsel Alex McCauley is an experienced attorney; the Court is confident that if there was a good-faith basis to file such a motion, he would have filed it. Second, the motion lacks merit because there is no evidence that any assistant United States attorney or case agent monitored Mr. Parker's confidential communications.

**IT IS SO ORDERED.**

Date:  January 23, 2018                             /s/ Greg Kays                              
                                                    GREG KAYS, CHIEF JUDGE
                                                    UNITED STATES DISTRICT COURT